# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| JESSE R. OSBORNE, ) | |
| ) | |
| Plaintiff, ) | Civil Action File |
| ) | No. 3:20-cv-00089-TRM-DCP |
| v. ) | |
| ) | |
| CENTRAL KNOX INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF SETTLEMENT

Plaintiff Jesse R. Osborne hereby informs the Court that the parties have reached an agreement to settle this action, pending the terms of the settlement agreement. The parties are in the process of finalizing the settlement agreement and anticipate filing the Joint Motion for Approval as soon as possible. The parties respectfully request that the Court refrain from ruling on any pending matters and stay any Court-ordered or rule-guided deadlines in this action.

Respectfully submitted, this May 1, 2020.

**HALL & LAMPROS, LLP**

*/s/ Christopher B. Hall*
Christopher B. Hall
Ga Bar No. 318380
Admitted to practice in the EDTN
Gordon Van Remmen
Ga Bar No. 215512
Admitted to practice in the EDTN

HALL & LAMPROS, LLP
400 Galleria Parkway
Suite 1150
Atlanta, GA 30339
(404) 876-8100 telephone
(404) 876-3477 facsimile
chall@hallandlampros.com
gordon@hallandlampros.com

*Attorneys for Plaintiff*

Plaintiff's counsel certifies that this notice is in 14-point Times New Roman font.

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2020, I filed the foregoing **Notice of Settlement** with the ECF filing system, which served the following attorney:

Adam G. Russell, Esq.
arussell@fisher-russell.com
Fisher Russell PLLC
10265 Kingston Pike, Suite C
Knoxville, TN 37922
(865) 259-7777

*/s/ Christopher B. Hall*
Christopher B. Hall

3