# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **JESSE R. OSBORNE** | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 3:20-cv-00089 |
| **CENTRAL KNOX, INC.** | ) |
| *Defendant* | ) |

## ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT

This case is before the Court on the parties' Joint Motion for Order Approving Resolution of FLSA Claims and the parties' proposed Settlement Agreement. After reviewing the record and the parties' joint submissions, the Court is of the opinion that the Motion should be **GRANTED.** Having reviewed the Settlement Agreement the parties executed, the Court finds that the settlement is fair, adequate, and reasonable. The Court finds that the Settlement Agreement was negotiated at arm's length by represented parties and is not the result of collusion. The Court also finds that the payment of attorneys' fees and expenses provided in the Settlement Agreement are reasonable.

Therefore, the Joint Motion is **GRANTED**, the settlement is **APPROVED**, and the terms of the Settlement Agreement are incorporated into this Order. The Court will retain jurisdiction for the purposes of enforcing the Settlement Agreement. In light of the settlement, the Court **DISMISSES** all claims with prejudice.

IT IS SO ORDERED, this _____ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE