# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| JESSE R. OSBORNE, ) | |
| ) | Case No. 3:20-cv-89 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Debra C. Poplin |
| CENTRAL KNOX, INC., ) | |
| ) | |
| *Defendant*. ) | |

## ORDER

Before the Court is the parties' joint motion for approval of settlement of claims under the Fair Labor Standards Act ("FLSA") and for entry of dismissal with prejudice (Doc. 10). The Court hereby **REFERS** the parties' joint motion for approval of their settlement agreement to United States Magistrate Judge Debra C. Poplin. The Magistrate Judge is designated to submit a Report and Recommendation on the motion and to take whatever actions he deems appropriate pursuant to 28 U.S.C. § 636(b)(1)(B) and (C).

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**