# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| JESSE R. OSBORNE, ) | |
| ) | Case No. 3:20-cv-89 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Debra C. Poplin |
| CENTRAL KNOX, INC., ) | |
| ) | |
| *Defendant*. ) | |
| ) | |
| ) | |

# ORDER

On May 8, 2020, the parties' filed a joint motion for approval of settlement (Doc. 10) requesting that the Court enter an order approving the parties' settlement agreement. The Court referred the motion to United States Magistrate Judge Debra C. Poplin (Doc. 11), who issued a report and recommendation on July 10, 2020, recommending that the Court grant the joint motion (Doc. 13). No party filed timely objections to Magistrate Judge Poplin's report and recommendation. Nevertheless, the Court has conducted a review of the report and recommendation, as well as the record, and agrees with Magistrate Judge Poplin's well-reasoned conclusions. Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Poplin's report and recommendation (Doc. 13) and will **ORDER** as follows:

1. The joint motion for approval of settlement (Doc. 10) will be **GRANTED**;

2. The proposed settlement, as contained in the parties' settlement agreement, will be **APPROVED**;

3. Plaintiff's claims will be **DISMISSED WITH PREJUDICE**; and

4. The Clerk will be **DIRECTED** to close the case.

**AN APPROPRIATE JUDGMENT WILL ENTER.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH
UNITED STATES DISTRICT JUDGE**