UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JESSE R. OSBORNE, ) | |
| ) | Case No. 3:20-cv-89 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Debra C. Poplin |
| CENTRAL KNOX, INC., ) | |
| ) | |
| *Defendant*. ) | |
| ) | |
| ) | |

## JUDGMENT ORDER

For the reasons stated in the order filed contemporaneously herewith:

1. The joint motion for approval of settlement (Doc. 10) is **GRANTED**;

2. The proposed settlement, as contained in the parties' settlement agreement, is **APPROVED**;

3. Plaintiff's claims are **DISMISSED WITH PREJUDICE**; and

4. The Clerk is **DIRECTED** to close the case.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ John Medearis
  CLERK OF COURT